IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 95-60633
Conference Calendar

_____


UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,


versus

ROGER FRANKLIN HOLTZCLAW,

                                        Defendant-Appellant.


- - - - - - - - - -
Appeal from the United States District Court
for the Southern District of Mississippi
USDC No. 2:95-CV-283PS
- - - - - - - - - -
August 20, 1996
Before KING, DUHÉ, and DeMOSS, Circuit Judges.

PER CURIAM:[*]

     Roger Franklin Holtzclaw appeals from the district court's

denial of his motion under 28 U.S.C. § 2255.  Holtzclaw's speedy-

trial contentions were properly dismissed.  *See Buckelew v.*

*United States*, 575 F.2d 515, 517-18 (5th Cir. 1978) (a matter

that has already been determined on direct appeal need not be

reconsidered in a § 2255 motion).  Holtzclaw's contentions that

---

     [*] Pursuant to Local Rule 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in Local Rule
47.5.4.

counsel was ineffective at trial and on appeal were also properly dismissed as Holtzclaw made no showing that counsel was deficient or that he was prejudiced by the alleged errors. *Strickland v. Washington*, 466 U.S. 668, 687 (1984); *Lockhart v. Fretwell*, 506 U.S. 364, 369 (1993).

AFFIRMED.